IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR 05-4063LRR |
| ) | |
| vs. ) | |
| ) | |
| LEEVERN JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on March 6, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1), based upon the defendant's guilty plea entered on January 24, 2006, to Counts 1 and 3, in which defendant consented to the forfeiture of any interest he had or has in the firearms alleged to be subject to forfeiture in the May 4, 2006, Indictment; and the trial jury's guilty verdict entered on February 17, 2006, to Count 2;

AND WHEREAS, on August 14, 2006, August 21, 2006, and August 28, 2006, the United States published notice of the forfeiture in the *Sioux City Journal*, a newspaper of general circulation in the area the firearms were seized, and of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, no third-party claims have been made for return of seized property against the firearms included in the Preliminary Order of Forfeiture entered on March 6, 2006;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the hereinafter described property of the defendant named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to defendant Leevern Johnson, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

   (a) a SKS rifle, serial number 9235227;

   (b) a Mossberg 12-gauge shotgun, Model Maverick 88, serial number MV09264D; and

   (c) a SKS rifle, serial number 1302132

seized from defendant on or about April 29, 2005.

3. That the Bureau of Alcohol, Tobacco, Firearms, and Explosives, is hereby authorized to dispose of the firearms identified in paragraph 2 of this Order.

4. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

5. That the Clerk of the Court shall forward three certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

Ordered this 10 day of Oct, 2006.

Linda R. Reade
Judge, U.S. District Court
Northern District of Iowa