IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR05-4063-LRR |
| Plaintiff, | |
| vs. | **ORDER** |
| LEEVERN JOHNSON, | |
| Defendant. | |

This matter comes before the court on the defendant's motion reconsider (docket no. 223). The defendant filed such motion on March 13, 2015. The defendant states nothing that leads the court to a different determination. The court previously granted the defendant the maximum reduction permitted under the law. Before doing so, the court correctly calculated the amended guideline range. Indeed, USSG §5G1.1(c)(2) requires the court to take into consideration the statutory mandatory minimum sentence, that is, 120 months imprisonment. Because the court did not make a mistake, the defendant's motion to reconsider (docket no. 223) is denied.

**IT IS SO ORDERED**.

**DATED** this 16th day of March, 2015.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA